1  CONTE C. CICALA, State Bar No. 173554
   *conte.cicala@clydeco.us*
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 365-9800
4  Facsimile:  (415) 365-9801

5  Attorneys for Plaintiff
   MITSUI O.S.K. LINES, LTD.
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | MITSUI O.S.K. LINES, LTD.,            | Case No.  4:15-cv-03343-KAW
12 |         Plaintiff,                    | **STIPULATION TO SET ASIDE DEFAULT AND TO ACCEPT SERVICE OF AMENDED COMPLAINT;** [~~PROPOSED~~] **ORDER**
13 |         v.                            |
14 | SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LIMITED and DOES ONE THROUGH TWENTY, |
15 |                                       |
16 |         Defendants.                   |

         WHEREAS Defendant Shine International Transportation (Shenzhen) Limited ("Shine") has contacted plaintiff through counsel and advised that its default was entered due to miscommunication between Shine and its agent for service of process;

         WHEREAS Shine advises that it intends to request that default be set aside based on a contention of mistake or excusable neglect;

         WHEREAS plaintiff MITSUI O.S.K. LINES, LTD. ("MOL"), does not want to expend effort or waste judicial resources on a contested proceeding to set aside a default judgment;

         WHEREAS MOL further intends, forthwith, to file an Amended Complaint adding two additional parties as defendants; and,

1   WHEREAS, as a condition of setting aside the default, Shine expressly agrees that service
2 upon it was proper and that it will accept service of MOL's Amended Complaint by email;
3   The parties hereby do stipulated and agree as follows:
4   1)  That the default of Shine International Transportation (Shenzhen) Limited be set aside;
5   2)  That MOL's forthcoming Amended Complaint will be deemed served upon Shine upon
6       email transmission to Shine's counsel, undersigned below;
7 The parties respectfully request that the Court enter an order consistent with the foregoing.

Respectfully submitted,

Dated: November 25, 2015        CLYDE & CO US LLP


By:  /s/ *Conte C. Cicala*
     Conte C. Cicala
     Attorneys for Plaintiff
     MITSUI O.S.K. LINES, LTD.


Dated: November 25, 2015        GONZALEZ DEL VALLE LAW


By:  /s/ *Henry P. Gonzalez*
     Henry P. Gonzalez
     Attorney-in-Fact
     Shine International Transportation (Shenzhen)
     Limited

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1838737                           2                        Case No. 3:15-cv-03343
STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause having been shown thereby, this Court hereby ORDERS as follows:

1) That the default of Shine International Transportation (Shenzhen) Limited is hereby set aside;

2) That MOL's forthcoming Amended Complaint will be deemed served upon Shine upon email transmission to Shine's counsel.

IT IS SO ORDERED.

Dated:  11/30/15

_____
UNITED STATES MAGISTRATE JUDGE

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800