1  CONTE C. CICALA, State Bar No. 173554
   *conte.cicala@clydeco.us*
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 365-9800
4  Facsimile:  (415) 365-9801

5  Attorneys for Plaintiff
   MITSUI O.S.K. LINES, LTD.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | MITSUI O.S.K. LINES, LTD.,              | Case No.  4:15-cv-03343-KAW
12 |         Plaintiff,                      | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;**
13 |     v.                                  | **[PROPOSED] ORDER**
14 | SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN)
15 | LIMITED, R.T. EXPRESS INTERNATIONAL, INC., TROY
16 | CONTAINER LINE, LTD. and DOES THREE THROUGH TWENTY,
17 |         Defendants.
18

19

20         WHEREAS, pursuant to stipulation, the default of Defendant Shine International

21  Transportation (Shenzhen) Limited ("Shine") was set aside on November 30, 2015.   On

22  December 1, 2015, MOL filed an amended complaint that added two additional defendants.  MOL

23  served the amended complaint on Shine on December 1, 2015, and is in the process of serving the

24  two newly-added defendants; and,

25
         WHEREAS, since December, MOL and Shine have been engaged in informal document
26
    exchanges and settlement discussions and would like to continue this process for as long as it
27
    remains productive; and,
28

1971234                                                      Case No. 4:15-cv-03343-KAW
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

WHEREAS, consistent with the foregoing, MOL and Shine respectfully believe that certain dates should be extended/continued accordingly.

THEREFORE, the parties hereto do stipulated and agree and request the Court to order as follows:

1) To extend the date for Shine to respond to the Amended Complaint to and including February 5, 2016

2) To continue the CMC scheduled for January 19, 2016 to March 29, 2016;

Respectfully submitted,

Dated: January 14, 2016     CLYDE & CO US LLP

By: /s/ *Conte C. Cicala*
Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

Dated: January 14, 2016     GONZALEZ DEL VALLE LAW

By: /s/ *Henry P. Gonzalez*
Henry P. Gonzalez
Attorney-in-Fact
Shine International Transportation (Shenzhen) Limited

### L.R. 5-l(i) ATTESTATION

I, Conte C. Cicala, am the ECF user whose ID and password are being used to file the attached Stipulation to Continue Case Management Conference; [Proposed] Order.

In compliance with Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 14, 2016     /s/ *Conte C. Cicala*
Conte C. Cicala

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1971234
2
Case No. 3:15-cv-03343
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause having been shown thereby, this Court hereby ORDERS as follows:

1) Shine shall have a further extension to respond to the Amended Complaint to and including February 5, 2016

2) The Case Management Conference scheduled for January 19, 2016 is continued to March 29, 2016, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 1/15/16

_____
UNITED STATES MAGISTRATE JUDGE

1971234

3

Case No. 3:15-cv-03343

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800