UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES LTD., <br>     Plaintiff, <br>   v. <br> SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LIMITED, et al., <br>     Defendants. | Case No. 15-cv-03343-KAW <br><br> ORDER GRANTING TELEPHONIC APPEARANCE <br><br> Re: Dkt. No. 45 |

Defendant Shine International's motion to appear telephonically at the case management conference on March 29, 2016 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: March 17, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge