UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LIMITED, et al.,<br><br>          Defendants. | Case No.  15-cv-03343-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 59 |

On April 6, 2016, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: April 8, 2016

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge