1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

MITSUI O.S.K. LINES LTD.,

Plaintiff,

8

9

v.

10

SHINE INTERNATIONAL
TRANSPORTATION (SHENZHEN)
LIMITED, et al.,

11

12

Defendants.

Case No.  15-cv-03343-KAW

**ORDER GRANTING IN PART AND
DENYING IN PART PLAINTIFF'S
MOTION FOR ADMINISTRATIVE
RELIEF**

Re: Dkt. No. 62

13

On May 31, 2016, Plaintiff Mitsui O.S.K. Lines, Ltd. filed a motion for administrative

14

relief to extend the deadline to finalize the settlement and file dismissal, and to request a referral to

15

a magistrate judge for the purposes of settlement. (Dkt. No. 62.)  On June 2, 2016, Defendant Troy

16

Container Line, Ltd. filed a response to the motion, wherein it did not oppose an extension of time

17

to finalize the settlement, but objected to a settlement conference referral. (Dkt. No. 63.)

18

In light of the foregoing, the Court GRANTS the motion as it pertains to the extension of

19

time, but DENIES the request for a settlement conference referral.  The parties shall have until

20

**August 1, 2016** to either file a dismissal, or, if the case is not resolved, a joint status report.  If the

21

case is not fully resolved, the Court will schedule a case management conference.

22

The parties are reminded of their obligation to meet and confer prior to engaging in motion

23

practice pursuant to the Northern District's Guidelines for Professional Conduct (available at

24

*http://cand.uscourts.gov/professional_conduct_guidelines*).

25

IT IS SO ORDERED.

26

Dated: June 10, 2016

27

28

KANDIS A. WESTMORE
United States Magistrate Judge