1  CONTE C. CICALA, State Bar No. 173554
   *conte.cicala@clydeco.us*
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 365-9800
4  Facsimile:  (415) 365-9801

5  Attorneys for Plaintiff
   MITSUI O.S.K. LINES, LTD.

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  MITSUI O.S.K. LINES, LTD.,              Case No.  4:15-cv-03343-KAW

12          Plaintiff,                      **STIPULATION OF DISMISSAL WITH
                                            PREJUDICE**
13        v.

14  SHINE INTERNATIONAL
    TRANSPORTATION (SHENZHEN)
15  LIMITED, R.T. EXPRESS
    INTERNATIONAL, INC., TROY
16  CONTAINER LINE, LTD. and DOES
    THREE THROUGH TWENTY,
17
            Defendants.
18

19        This action pertains to any shipments plaintiff MITSUI O.S.K. LINES, LTD. ("MOL")

20  may have transported under its service contracts with defendant SHINE INTERNATIONAL

21  TRANSPORTATION (SHENZHEN) LIMITED ("SHINE") between January 1, 2011, and July

22  28, 2016.   Plaintiff  MOL and defendants SHINE, R.T. EXPRESS INTERNATIONAL, INC.,

23  TROY CONTAINER LINE, LTD. stipulate pursuant to FRCP 41(a) and request the Court to

24  order that this action, including the complaint and all counterclaims and crossclaims, be

25  conditionally dismissed with prejudice, each party to bear its own costs,

26        This dismissal is conditional and subject to retention of jurisdiction as to MOL and SHINE

27  only, for the sole purpose of entering judgment against SHINE in the event the terms of settlement

28  as between MOL and SHINE are not satisfied.

Respectfully submitted,

Dated: July 28, 2016                 CLYDE & CO US LLP

                                     By:    /s/   Conte C. Cicala
                                           _____
                                           Conte C. Cicala
                                           Attorneys for Plaintiff
                                           MITSUI O.S.K. LINES, LTD.

Dated:  July 28, 2016                MITCHELL SILBERBERG & KNUPP LLP

                                     By:    /s/  Susan Kohn Ross
                                           _____
                                           Susan K. Ross
                                           Attorneys for Defendant
                                           Shine International Transportation (Shenzhen)
                                           Limited

Dated: July 28, 2016                 SEDGWICK LLP

                                     By:    /s/   Katharine Essick
                                           _____
                                           Andrew I. Port
                                           Katharine Essick
                                           Attorneys for Defendant
                                           TROY CONTAINER LINE, LTD.

Dated:  July 28, 2016                LAW OFFICES OF EUGENE J. MCDONALD

                                     By:    /s/  Eugene J. McDonald
                                           _____
                                           Eugene J. McDonald
                                           Attorneys for Defendant
                                           TROY CONTAINER LINE, LTD.

                                     Respectfully submitted,

Dated: July 28, 2016                 MARRON LAWYERS

                                     By:    /s/   Paul Arenas
                                           _____
                                           Paul Arenas
                                           Attorneys for Defendant
                                           R.T. EXPRESS INTERNATIONAL, INC.

In compliance with Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  July 28, 2016                     /s/ Conte C. Cicala
                                          _____
                                          Conte C. Cicala

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1

**ORDER**

2   Pursuant to stipulation, IT IS SO ORDERED.

3

Dated: ___8/1/16_____          ___Kandis Westmore_____

4                                   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28